No. 09-8831. Robert T. Preston, Petitioner v. California.

559 U.S. 1016, 130 S. Ct. 1906, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2639.

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 176 Cal. App. 4th 1109, 98 Cal. Rptr. 3d 340.

No. 09-8832. William E. Morehead, Petitioner v. Arizona.

559 U.S. 1016, 130 S. Ct. 1906, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2636.

March 22, 2010. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, denied.

No. 09-8834. Chad Beach, Petitioner v. Ernie L. Moore, Warden.

559 U.S. 1016, 130 S. Ct. 1906, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2723.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 343 Fed. Appx. 7.

No. 09-8835. Carlos Alejo, Petitioner v. A.J. Malfi, Warden.

559 U.S. 1016, 130 S. Ct. 1907, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2690,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8838. Michael McNeill, Petitioner v. Mike Ruffin.

559 U.S. 1016, 130 S. Ct. 1907, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2556,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 828.

No. 09-8841. Ronald Dee O'Neal, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.

559 U.S. 1016, 130 S. Ct. 1941, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2742.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-8842. Robert Lindsey, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

559 U.S. 1017, 130 S. Ct. 1907, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2693.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 19 So. 3d 311.

No. 09-8844. Richard A. DeVane, Petitioner v. Billy O. Brown, Warden.

559 U.S. 1017, 130 S. Ct. 1907, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2717.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.